■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PADILLA, Appellant. [895 NYS2d 754]

Concur—Gonzalez, P.J., Friedman, McGuire, DeGrasse and Manzanet-Daniels, JJ.